IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE P. PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 21-1622 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| PNC BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 23, 2023, the Magistrate Judge issued a Report (Doc. 41) recommending that Defendant's Motion to Dismiss (Doc. 24) be granted. Service of the Report and Recommendation ("R&R") has been made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Defendant's Motion to Dismiss (**Doc. 24**) is **GRANTED**, this case is dismissed with prejudice and the Magistrate Judge's R&R (Doc. 41) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

February 13, 2023                                      s\Cathy Bissoon
                                                                  Cathy Bissoon
                                                                  United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Eugene P. Patterson
36755-118
Tucson
Federal Correctional Institution
Inmate Mail/Parcels
8901 S. Wilmot Road
Tucson, AZ  85706